### 91. LANDRUM *v.* SMITH.

POWELL, J. In addition to the ordinary cases in which a possessory warrant may issue under the Civil Code, § 4799, it may also issue in favor of the landlord "in all cases where a cropper shall unlawfully sell or otherwise dispose of any part of a crop . . while the title thereto remains in the landlord." Civil Code, § 3130.

*Judgment affirmed.*

Certiorari, from Hall superior court—Judge Kimsey. January 30, 1906.

Submitted February 11,—Decided February 14, 1907.

*B. P. Gaillard Jr.,* for plaintiff in error. *G. K. Looper,* contra.